**Order entered September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01037-CR

**FERNANDO ENRIQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70238**

## ORDER

Before the Court is the State's second motion for extension of time to file brief, which was filed on September 17, 2013. We **GRANT** the motion. We **ORDER** the brief received on September 17, 2013, filed as of the date of this order.

/s/      JIM MOSELEY
PRESIDING JUSTICE